IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OLIVER DERRICK BROWN,

     Petitioner,

v.                                           CASE NO. 1:06-cv-00051-MP-AK

JAMES MCDONOUGH,

     Respondent.

_____/

## O R D E R

     This matter is before the Court on Doc. 4, Report and Recommendations of the

Magistrate Judge, recommending that Oliver Brown's petition for writ of habeas corpus, Doc. 1,

be transferred to the United States District Court for the Middle District of Florida.  The

Magistrate Judge filed the Report and Recommendation on Wednesday, March 29, 2006.  The

parties have been furnished a copy of the Report and Recommendation and have been afforded

an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1),

this Court must make a *de novo* review of those portions to which an objection has been made.

In this instance, however, no objections were made.  Therefore, having considered the Report

and Recommendation, I have determined that the Report and Recommendation should be

ADOPTED. Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
by reference in this order.

     2.     Oliver Brown's petition for writ of habeas corpus, Doc. 1, is transferred to the
United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this __5th__ day of May, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge